UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Tomeka Randolph, individually and on behalf of all others similarly situated;<br><br>  -v.-<br><br>Congress Collection, LLC<br>and John Does 1-25.<br><br>                              Defendant. | Civil Action No: 2:20-cv-12146-MAG-RSW_____<br><br>Hon. Judge Marl A. Goldsmith<br><br>Magistrate Judge R Steven Whalen |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the Court on the Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss, wherein Plaintiff asks that the Court extend the Plaintiff's time to respond up to and including November 25, 2020. Having reviewed and considered Defendants' Unopposed Motion to Extend Time, and for good cause shown, the Court hereby **ORDERS** as follows:

Defendants' Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED** this __ day of October, 2020.

_____
PRESIDING JUDGE

33229980 v1

2

Prepared and presented this 19th day of April, 2019.

*/s/Yaakov Saks*
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201) 282-6500 Facsimile: (201) 282-6501
Ysaks@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served on the following counsel of record via e-mail on this the 19th day of April, 2019:

R. Frank Springfield (BPR # 025833)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203

                */s/ Yaakov Saks*

33229980 v1